No. 1244, Misc. MULLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Leonard H. Dickstein* for the United States.

No. 1319, Misc. HORTON *v.* SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Charles P. Just,* Deputy Attorney General, for respondent.

No. 1354, Misc. TOWNES *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. *Waller H. Horsley* and *Robert L. Dolbeare* for petitioner. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 1424, Misc. BARBEE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Charles Morgan, Jr., Reber F. Boult, Jr., Melvin L. Wulf, Eleanor Holmes Norton,* and *Martin Garbus* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, and *W. V. Geppert* for respondent.

No. 1454, Misc. JONES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Michael F. Dillon* for respondent.

No. 1470, Misc. SIMMONS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Mark D. Larner* for petitioner.